IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARON LAMAR BRIGNAC,

    Plaintiff,                    2:07-cv-0624-GEB-DAD-P

  vs.

T. KIMZEY, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 4, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fifteen days. Plaintiff has not filed objections to the findings and recommendations.

/////

/////

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2009, are adopted in full; and

2. This action is dismissed with prejudice due to plaintiff's failure to state a claim. See 28 U.S.C. § 1915A.

Dated: April 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] There is a typographical error on page 5 in the second paragraph. The first sentence should read, "The Equal Protection Clause does **not** protect persons who are not similarly situated."

2